Peter Kristofer Strojnik, State Bar No. 242728
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:18-cv-01123-HRH |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| ETC10PHX, LLC et al., | |
| Defendants. | |

Please take notice that the above case has settled. The parties anticipate memorializing the settlement and filing dismissal papers in 21 calendar days.

RESPECTFULLY SUBMITTED this 25th day of June, 2018.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff