Sean M. Carroll (SBN #027171)
Christopher T. Curran (SBN #032583)
**CLARK HILL PLC**
14850 N Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Email:  scarroll@clarkhill.com
         ccurran@clarkhill.com

*Attorneys for Defendant ETC10PHX LLC*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Theresa Brooke, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>ETC10PHX LLC, an Arizona limited liability company dba Quality Inn Phoenix Airport; Choice Hotels International, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 2:18-cv-01123-HRH<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Defendant ETC10PHX LLC, ("ETC10PHX") together with Plaintiff Theresa Brooke ("Plaintiff"), hereby stipulate to dismiss this lawsuit and matter in its entirety, with prejudice, each party to bear their own attorneys' fees and costs.  A proposed order is filed concurrently herewith.

Dated this 11th day of July, 2018.

**CLARK HILL PLC**

By:  *s/ Sean M. Carroll*
      Sean M. Carroll
      Clark Hill PLC
      14850 N. Scottsdale Rd., Suite 500
      Scottsdale, AZ 85254
      *Attorneys for Defendant ETC10PHX LLC*

219862106.1 51456/333580

**THE STROJNIK FIRM L.L.C.**

By:   *s/ Peter Kristopher Strojnik (with permission)*
      Peter Kristofer Strojnik
      The Strojnik Firm LLC
      Esplanade Center III, Suite 700
      2415 East Camelback Road
      Phoenix, AZ 8016
      *Attorneys for Plaintiff*

2

219862106.1 51456/333580

**CERTIFICATE OF SERVICE**

I hereby certify that on 11th day of July, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the following CM/ECF registrants:

Peter Kristofer Strojnik
**THE STROJNIK FIRM LLC**
pstrojnik@strojniklaw.com

_s/ Joyce Johnston_

3

219862106.1 51456/333580