IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa Brooke, a married woman dealing with her sole and separate claim,<br><br>        Plaintiff,<br><br> vs.<br><br>ETC10PHX, LLC, an Arizona limited liability company, d/b/a Quality Inn Phoenix Airport, et al.,<br><br>        Defendants. | No. 2:18-cv-1123-HRH |

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation to Dismiss with Prejudice*,[1] filed July 11, 2018, this case is dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED this  12th  day of July, 2018.

             /s/ H. Russel Holland
             United States District Judge

---

[1]Docket No. 27.